# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Elrod, Jennifer W. | Fifth Circuit Court of Appeals | 04/24/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court of Appeals, Active Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

515 Rusk Avenue, 12th Floor
Houston, TX 77002-2603

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Regents Member | Baylor University |
| 2. Board Member | Garland R. Walker American Inn of Court |
| 3. Advisory Board Member | Baylor University Center for Christian Music Studies |
| 4. Emeritus Board Member (non-voting) | Texas Center for Legal Ethics |
| 5. Judicial Liason (non-voting) | Houston Young Lawyers Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. 2020 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Talen Energy - salary and 1099 consulting |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 1/30/2020 | Austin, TX | Speaking to students at UT Law | Travel and Meals |
| 2. | Baylor University | 02/19-02/21/2020 | Waco, TX | Board Meeting | Lodging and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AF TRGT DATE 2030 (FIDELITY 401k) | C | Dividend | | | Buy (add'l) | 03/13/20 | J | | |
| 2. | | | | | Sold | 05/07/20 | M | A | |
| 3. CHARLES SCHWAB US REIT ETF | A | Dividend | J | T | Buy (add'l) | 5/19/20 | J | | |
| 4. | | | | | Sold (part) | 06/25/20 | J | A | |
| 5. Fidelity GNMA Fund | A | Int./Div. | J | T | | | | | |
| 6. Fidelity Inflat-Prot Bond [Index Premium] | B | Int./Div. | K | T | Sold (part) | 11/27/20 | J | A | |
| 7. Fidelity Total Bond | A | Int./Div. | K | T | Sold (part) | 11/27/20 | J | A | |
| 8. Fidelity Total Mkt [Index] Premium | C | Dividend | N | T | Sold (part) | 11/27/20 | K | E | |
| 9. .Fidelity U.S. Bond Index Premium | A | Int./Div. | L | T | | | | | |
| 10. IShares Core Total US Bond ETF | B | Dividend | L | T | | | | | |
| 11. IShares Gold ETF | | None | J | T | | | | | |
| 12. IShares Trust MSCI Total Intl Stk | D | Dividend | N | T | | | | | |
| 13. Laudus International Marketmasters Fund | C | Dividend | L | T | | | | | |
| 14. SCH US AGG Bond ETF | B | Int./Div. | L | T | | | | | |
| 15. SCHWAB EMERGING MARKETS EQUITY ETF | A | Dividend | K | T | Buy (add'l) | 05/19/20 | J | | |
| 16. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 17. SCHWAB FUNDA EMG MKTS LARGE COM ETF | A | Dividend | K | T | Buy (add'l) | 05/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 19. SCHWAB FUNDAMENTAL INL LARGE COM ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 20. SCHWAB FUNDAMENTAL INTL SMAL COM ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 21. SCHWAB FUNDAMENTAL US LARGE CO ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 22. | | | | | Sold<br>(part) | 06/25/20 | K | B | |
| 23. SCHWAB FUNDAMENTAL US SMALL COM ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 24. | | | | | Sold<br>(part) | 06/25/20 | J | B | |
| 25. SCHWAB INTERMEDIATE TERMUS TRS ETF | A | Dividend | | | Sold<br>(part) | 03/19/20 | J | A | |
| 26. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 27. | | | | | Sold | 06/25/20 | K | B | |
| 28. SCHWAB INTERNATIONAL EQUITY ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 30. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 31. SCHWAB FUNDAMENTAL SMALLCAP EQY ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 32. SCHWAB TOTAL STK MKT-SEL | D | Dividend | N | T | Sold<br>(part) | 01/30/20 | J | A | |
| 33. | | | | | Sold<br>(part) | 06/02/20 | K | C | |
| 34. | | | | | Sold<br>(part) | 10/07/20 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold<br>(part) | 12/29/20 | K | D | |
| 36. | SCHWAB US LARGE CAP ETF | A | Dividend | L | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 37. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 38. | SCHWAB US SMALL CAP ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 39. | | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 40. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 41. | SCHWAB US TIPS ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 42. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 43. | SPDR BLMBRG BRCLY EMG MKT LCL ETF | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 44. | SPDR INTRMDT TRM CRPRATEBND ETF | A | Dividend | J | T | Buy<br>(add'l) | 06/25/20 | K | | |
| 45. | Van Eck Market Vec Localcur Bnd | A | Dividend | J | T | | | | | |
| 46. | Vanguard Glbl Ex US Real Estad te | A | Dividend | J | T | | | | | |
| 47. | Vanguard Lifestrategy Growth | D | Distribution | N | T | | | | | |
| 48. | VANGUARD MORTGAGE BACKEDSEC ETF | A | Distribution | J | T | Buy<br>(add'l) | 05/19/20 | J | | |
| 49. | | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 50. | XTRACKERS INTER REAL ESTETF | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 51. | XTRACKERS USD HIGH YIELDCOR BND ETF | A | Dividend | J | T | Buy<br>(add'l) | 05/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 53. Vanguard College Savings Iowa 529 Age - based Savings Track A | A | Int./Div. | K | T | | | | | |
| 54. Texas County and District Retirement System | A | Int./Div. | J | T | | | | | |
| 55. Employee Retirement System of Texas | A | Interest | L | T | | | | | |
| 56. Talen Midco LLC (non-vested) | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

n/a

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 04/24/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544